## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK CRAMER,** | : | **CIVIL NO. 1:07-CV-0496** |
| **Petitioner,** | : | **(Chief Judge Kane)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT OF SCI -** | : | |
| **HUNTINGDON, ET AL.,** | : | |
| **Respondents** | : | |

## ORDER

On May 21, 2007, a final order was entered denying the petition for a writ of habeas corpus.

(Doc. 12).  At that time, the Court inadvertently failed to set forth in the order that there existed no basis

for the issuance of a certificate of appealability.  Therefore, following the filing of a Notice of Appeal,

the matter was remanded to the undersigned to make a determination as to whether a certificate of

appealability should issue.  (Doc. 17).

Title 28 U.S.C. § 2253(c) states as follows:

> (1) Unless a circuit justice or judge issues a certificate of appealablity, an appeal may not be taken to the court of appeals from –

>> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

>> (B) the final order in a proceeding under section 2255.

> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

Denial of the petition was based upon the conclusion that, as a matter of law, the § 2254 petition was

barred by the applicable one-year statute of limitations.  See 28 U.S.C. § 2244(d)(1)(a).  Accordingly,

it is determined that there is no basis for the issuance of a certificate of appealability as Petitioner has

not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

      **AND NOW**,  this 25th day of July 2007, **IT IS HEREBY ORDERED THAT** there is no basis

for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

                    S/ Yvette Kane

                    Yvette Kane, Chief Judge

                    United States District Court

                    Middle District of Pennsylvania