IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK CRAMER,** | : | CIVIL NO. 1:CV-07-0496 |
| Petitioner, | : | |
| | : | **(Chief Judge Kane)** |
| v. | : | |
| | : | |
| **SECRETARY DEPARTMENT OF** | : | |
| **CORRECTIONS, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW THIS  7th  DAY OF JULY, 2011,** upon consideration of the facts that: (1) the above habeas corpus petition filed pursuant to 28 U.S.C. § 2254 was denied by this Court on May 21, 2007 as untimely (Doc. No. 12); (2) following an appeal by Petitioner, the United States Court of Appeals for the Third Circuit agreed that statutory tolling was not supported by the record, however remanded the matter on May 18, 2011 for consideration of the issue of equitable tolling (Doc. No. 25); (3) on June 6, 2011, this Court denied Petitioner's motion for the appointment of counsel and directed him to file a memorandum within twenty (20) days setting forth his arguments in support of equitable tolling, and directing Respondents to file a response thereto within fourteen (14) days of the filing of Petitioner's memorandum (Doc. No. 27); (4) the relevant time period has passed and although Petitioner has failed to submit his memorandum, he has filed a letter with the Court requesting a docket sheet and stating that he has "not heard anything in some time on this case" (Doc. No. 28); and (5) it appears that Petitioner may not have received this Court's Memorandum and Order of June 6, 2011, **IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The Clerk of Court is directed to forward Petitioner a copy of the docket sheet in this case and a copy of this Court's Memorandum and Order dated June 6, 2011.

2.       Within twenty (20) days from the date of this order, Petitioner shall file his memorandum in support of equitable tolling. Within fourteen (14) days of Petitioner's filing, Respondents shall file a response thereto.

        S/ Yvette Kane
        YVETTE KANE, Chief Judge
        Middle District of Pennsylvania